

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00059-CR

RICHARD RAYMOND DIXON, II, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 25414

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

MEMORANDUM OPINION

Appellant Richard Raymond Dixon, II, has filed a motion to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Scott E. Stevens
Justice

Date Submitted:     June 10, 2019
Date Decided:       June 11, 2019

Do Not Publish